IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCANNING TECHNOLOGIES INNOVATIONS LLC, | ) ) ) ) |
| *Plaintiff*, | ) C.A. No. 1:19-cv-01324-CFC ) |
| v. | ) ) |
| ODOO, INC., | ) DEMAND FOR JURY TRIAL ) ) |
| *Defendant*. | ) ) ) |

## CLERK'S ENTRY OF DEFAULT AS TO ODOO, INC.

Plaintiff Scanning Technologies Innovations LLC has requested Entry of Default as to Odoo, Inc. pursuant to Federal Rule of Civil Procedure 55(a). From the Proof of Service submitted in support of Plaintiff's Request, and the Court's record in this action, the Clerk finds that Odoo, Inc. has failed to appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure. Therefore, the DEFAULT of Odoo, Inc. is hereby entered.

United States District Clerk of the Court
District of Delaware

By: _____
Deputy Clerk

REQUEST TO THE CLERK FOR ENTRY OF DEFAULT