

Jeff Castellano
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0703 - Direct
jcastellano@shawkeller.com

July 31, 2020

**BY CM/ECF**
The Honorable Colm F. Connolly
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:   *Scanning Techs. Innovations LLC v. Odoo, Inc.*,
            C.A. No. 19-1324-CFC

Dear Judge Connolly,

    I write on behalf of all parties to this action with respect to the scheduling conference set for August 5, 2020, and the August 3, 2020 deadline to submit a scheduling order.

    The parties have reached a settlement, and have executed the settlement agreement. The parties expect that the remaining conditions that must be satisfied prior to dismissal of this action will be satisfied by August 21, 2020.

    In order to preserve the Court's and the parties' resources, the parties jointly request that the Court vacate the August 5, 2020 scheduling conference and the August 3, 2020 deadline to submit a scheduling order, as well as any other deadlines between now and August 21, 2020.

    Should the parties not be in a position to file dismissal papers by August 21, 2020, they will file a status report on that date.

                                                                    Respectfully submitted,

                                                                   */s/ Jeff Castellano*

                                                                    Jeff Castellano (No. 4837)

cc:    All counsel of record (by CM/ECF & e-mail)
       Clerk of Court (by CM/ECF)